**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**GABRAE HYLTON**,

                  Petitioner,

    -against-

**THOMAS DECKER, ET AL.**,

                  Respondents.

-----------------------------------------------------------------X

20 **CIVIL** 5994 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 24, 2020, the Court has considered all

of the arguments raised by the parties; to the extent not specifically addressed, the arguments are

either moot or without merit; for the reasons discussed in the Opinion and Order, the petition for

habeas corpus is granted; the respondents are ordered to release the petitioner unless they provide

the petitioner with a bond hearing within 7 business days of the date of the Order at which the

Government must justify Mr. Hylton's continued detention based on his risk of flight or danger

to the community by clear and convincing evidence; accordingly, this case is closed.

**DATED:**  New York, New York
           November 24, 2020

                  **RUBY J. KRAJICK**

                  _____
                  **Clerk of Court**

**BY:**

                  **Deputy Clerk**